CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-0113-GMN-EJY-3 |
| Plaintiff, | **Motion to Dismiss the Superseding Indictment Without Prejudice and Quash Warrant** |
| v. | |
| JESUS GASTELUM, | |
| Defendant. | |

On April 14, 20009, JESUS GASTELUM was charged by complaint. ECF 1. On April 30, 2009, a federal grand jury returned an superseding indictment charging GASTELUM and others with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii), Conspiracy to Launder Money in violation 18 U.S.C. § 1956(h) and related offenses. ECF 39. On October 13, 2009, a warrant was issued as to Defendant GASTELUM and returned unexecuted on October 16,2009. ECF 548. To date, no appearance has been made by the defendant.

…

…

…

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Superseding Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 21st day of June, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS GASTELUM,<br><br>　　　　　Defendant. | Case No. 2:09-cr-0113-GMN-EJY-3<br><br>**Proposed Order Granting Motion to Dismiss the Superseding Indictment Without Prejudice and Quash Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant JESUS GASTELUM.

　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER CHIOU
　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　*/s/ Susan Cushman*
　　　　　　　　　　　　　　　　　　　　　SUSAN CUSHMAN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __23__ day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court